HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                    Plaintiff,<br><br>   v.<br><br>SPECIALIZED LANDSCAPING, INC.; MICHAEL PILAND and ROBIN STEPHANIE PILAND, husband and wife and their marital community,<br><br>                    Defendants.<br><br>SPECIALIZED LANDSCAPING, INC., a Washington corporation,<br><br>                  Third-Party Plaintiff,<br><br>   v.<br><br>ELLIOTT BAY PUBLISHING, INC., dba ELLIOTT BAY MANAGEMENT GROUP, a Washington corporation; LYNN TAYLOR and JANE DOE TAYLOR, husband and wife and their marital community,<br><br>                  Third-Party Defendants. | NO. C 04-5789-FDB<br><br>STIPULATION RE VOLUNTARY DISMISSAL OF CLAIMS BY ELLIOTT BAY PUBLISHING, INC., dba ELLIOTT BAY MANAGEMENT GROUP |

STIPULATION RE VOLUNTARY DISMISSAL BY
ELLIOTT BAY PUBLISHING, INC. - 1

C04-5789-FDB

*Cairncross & Hempelmann, P.S.*
***Law Offices***
*524 Second Avenue, Suite 500r*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

342291.1

|   |   |
|---|---|
| 1 | ELLIOTT BAY PUBLISHING, INC., dba ELLIOTT BAY MANAGEMENT GROUP, |
| 2 | Third-Party Plaintiffs, |
| 3 | v. |
| 4 | MICHAEL PILAND and ROBIN STEPHANIE PILAND, husband and wife and their marital community |
| 5 | Third-Party Defendants. |

## VOLUNTARY STIPULATION

IT IS HEREBY STIPULATED by the undersigned counsel of record that the counterclaims of ELLIOTT BAY PUBLISHING, INC., d/b/a ELLIOTT BAY MANAGEMENT GROUP against SPECIALIZED LANDSCAPING, INC. shall be dismissed without prejudice, and without costs or fees to either party.

IT IS ALSO HEREBY STIPULATED by the undersigned counsel of record that the third-party claims of ELLIOTT BAY PUBLISHING, INC., d/b/a ELLIOTT BAY MANAGEMENT GROUP against third-party defendants MICHAEL PILAND and ROBIN STEPHANIE PILAND shall be dismissed without prejudice and without costs or fees to either party.

This does not affect any claims against other parties to this matter.

DATED this 31st day of August, 2005.

CAIRNCROSS & HEMPELMANN, P.S.

   /s/ Melinda M. Riddle
J. Thomas Richardson, WSBA # 18437
Melinda Riddle, WSBA # 30878
Attorneys for Elliott Bay Publishing, Inc.,
d/b/a Elliott Bay Management Group

STIPULATION RE VOLUNTARY DISMISSAL BY ELLIOTT BAY PUBLISHING, INC. - 2

C04-5789-FDB

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500r*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

342291.1

CLAUSEN LAW FIRM, PLLC

  /s/ Mark A. Clausen (*via email authorization*)
Mark A. Clausen, WSBA # 15693
Attorneys for Specialized Landscaping, Inc.

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS

  /s/ Andrew W. Torrance (*via email authorization*)
James T. Hopkins, WSBA # 11856
Andrew W. Torrance, WSBA # 11546
Attorneys for Travelers Casualty & Surety Co.
Of America

## ORDER

PURSUANT to the foregoing Stipulation, now, therefore, it is hereby

ORDERED that any and all counterclaims by Elliott Bay Publishing, Inc., d/b/a Elliott Bay Management Group against Specialized Landscaping, Inc. are hereby dismissed without prejudice and without costs or fees to any party.  It is also hereby

ORDERED that any and all third-party claims by Elliott Bay Publishing, Inc., d/b/a Elliott Bay Management Group against Michael Piland and Robin Stephanie Piland are hereby dismissed without prejudice and without costs or fees to any party.

DONE IN OPEN COURT this 2nd day of September 2005.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS

UNITED STATES DISTRICT JUDGE

STIPULATION RE VOLUNTARY DISMISSAL BY ELLIOTT BAY PUBLISHING, INC. - 3

C04-5789-FDB

*Cairncross & Hempelmann, P.S.*
**Law Offices**
*524 Second Avenue, Suite 500r*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

342291.1

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.

        /s/ Melinda M. Riddle
J. Thomas Richardson, WSBA # 18437
Melinda M. Riddle, WSBA # 30878
Attorneys for Elliott Bay Publishing, Inc.,
d/b/a Elliott Bay Management Group

Approved as to Form; Notice of
Presentation Waived:

CLAUSEN LAW FIRM, PLLC

/s/ Mark A. Clausen (*via email authorization*)
Mark A. Clausen, WSBA # 15693
Attorneys for Specialized Landscaping, Inc.

Approved as to Form; Notice of
Presentation Waived:

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS

/s/ Andrew W. Torrance (*via email authorization*)
James T. Hopkins, WSBA # 11856
Andrew W. Torrance, WSBA # 11546
Attorneys for Travelers Casualty & Surety Co.
Of America

STIPULATION RE VOLUNTARY DISMISSAL BY
ELLIOTT BAY PUBLISHING, INC. - 4

C04-5789-FDB

342291.1

*Cairncross & Hempelmann, P.S.*
***Law Offices***
*524 Second Avenue, Suite 500r*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

## Certificate of Service

I, Marian C. DiPerna, certify under penalty of perjury of the laws of the State of Washington that, on August 31, 2005, I electronically filed the Voluntary Dismissal of Claims of Elliott Bay Publishing, Inc., d/b/a Elliott Bay Management Group with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **Mark A Clausen**
  mclausen@clausenlawfirm.com

- **Andrew W Torrance**
  awt@soslaw.com

- **James T. Hopkins**
  awt@soslaw.com

SIGNED this 31st day of August, 2005, at Seattle, Washington.

/s/ Marian C. DiPerna
Marian C. DiPerna, Legal Assistant

STIPULATION RE VOLUNTARY DISMISSAL BY ELLIOTT BAY PUBLISHING, INC. - 5

C04-5789-FDB

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500r*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 • Fax: 206-587-2308*

342291.1