ANDREW W. TORRANCE
SCHIFFRIN OLSON SCHLEMLEIN &
HOPKINS, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
Tel: (206) 448-8100
Fax (206) 448-8514

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | NO. CV04-5789 FDB |
| Plaintiff, | |
| v. | |
| SPECIALIZED LANDSCAPING, INC., a Washington corporation; MICHAEL B. PILAND, and ROBIN STEPHANIE PILAND, | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| Defendants. | |
| SPECIALIZED LANDSCAPING, INC., a Washington corporation; | |
| Third Party Plaintiff, | |
| v. | |
| ELLIOTT BAY PUBLISHING, INC. d/b/a ELLIOTT BAY MANAGEMENT GROUP, a Washington corporation; LYNN TAYLOR and JANE DOE TAYLOR, husband and wife and their marital community, | |
| Third Party Defendants, | |

STIPULATION AND ORDER FOR
DISMISSAL WITHOUT PREJUDICE - 1

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514

ELLIOTT BAY PUBLISHING, INC.,
d/b/a ELLIOTT BAY
MANAGEMENT GROUP,

    Third Party Plaintiffs,

v.

MICHAEL PILAND and ROBIN
STEPHANIE PILAND, husband and
wife and their marital community,

    Third Party Defendants.

COMES NOW the above-captioned plaintiff Travelers Casualty & Surety Company of America ("Travelers") and the defendants Specialized Landscaping, Inc., Michael Piland and Robin Stephanie Piland, and stipulate and agree as follows:

1. That all claims of Travelers against Specialized Landscaping, Inc., Michael Piland and Robin Stephanie Piland, and all claims of Specialized Landscaping, Inc., Michael Piland and Stephanie Piland against Travelers are dismissed without prejudice and without an award of costs or attorney's fees to any party.

2. That nothing herein affects the remaining claims in this lawsuit.

Dated:

                              SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.

                              By:_____
                                   Andrew W. Torrance, WSBA #11546
                                   Attorneys for plaintiff Travelers Casualty and
                                   Surety Co. of America

STIPULATION AND ORDER FOR
DISMISSAL WITHOUT PREJUDICE - 2

**SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.**
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514

...
...

Dated:

By: _____
Mark Clausen, WSBA #
Attorney for Defendants Michael Piland, Stephanie Piland and Specialized Landscaping, Inc.

ORDER

IT IS SO ORDERED at Tacoma, Washington, this 4th day of January 2006.

_____
FRANKLIN   D.   BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR
DISMISSAL WITHOUT PREJUDICE - 3

**SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.**
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514