1  **Mark A. Clausen**
   Clausen Law Firm PLLC
2  701 Fifth Avenue Suite 7230
   Seattke WA 98104
3  206-223-0335 tel
   206-223-0337 fax

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>          Plaintiff,<br><br>  v.<br><br>SPECIALIZED LANDSCAPING, INC.; MICHAEL PILAND and ROBIN STEPHANIE PILAND, husband and wife and their marital community.<br>          Defendants.<br><br>SPECIALIZED LANDSCAPING, INC., a Washington corporation,<br><br>          Third-Party Plaintiff<br><br>ELLIOTT BAY PUBLISHING, INC., dba ELLIOTT BAY MANAGEMENT GROUP, a Washington corporation; LYNN TAYLOR and JANE DOE TAYLOR, husband and wife and their marital community,<br><br>          Third-Party Defendants. | No. C04-05789-FDB<br><br>STIPULATION and ORDER OF DISMISSAL WITH PREJUDICE RE THIRD PARTY DEFENDANT ELLIOT BAY PUBLISHING. INC. |

**TO:**     CLERK OF THE COURT

STIPULATION and ORDER OF DISMISSAL- 1

CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com

AND TO:     ALL PARTIES & THEIR RESPECTIVE ATTORNEYS

## STIPULATION

**IT IS HEREBY** stipulated by and between the parties hereto, through their undersigned counsel of record, all claims by Specialized Landscaping Inc. against Elliot Bay Publishing, Inc. may be dismissed **WITH PREJUDICE** and without costs or fees to any party pursuant to the Settlement Agreement and related rights and obligations dated December 16, 2005.

DATED this 30th day of January, 2006.

CAIRNCROSS & HEMPELMANN, PS                    CLAUSEN LAW FIRM PLLC

_____                _____
Melinda Riddle, WSBA #30878                    By: Mark A. Clausen, WSBA #15693
Attorneys for Elliot Bay Publishing, Inc.      Attorneys for Specialized Landscaping

It is hereby ORDERED, ADJUDGED AND DECREED that Third Party Plaintiff's case against Third Party Defendants Elliot Bay Publishing, Inc., is hereby dismissed with prejudice.

**DONE this 6th day of February 2006 at Tacoma, Washington.**

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION and ORDER OF DISMISSAL- 2

CLAUSEN LAW FIRM PLLC
MARK A. CLAUSEN WSBA 15693
701 FIFTH AVENUE • SUITE 7230
SEATTLE, WASHINGTON 98104
(206) 223-0335 • FAX (206) 223-0337
E-Mail: mclausen@clausenlawfirm.com